NUMBER 13-03-545-CV

COURT OF APPEALS
 
THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
JOANNE L. NORMAN A/K/A JO NORMAN,                          Appellant,

v.

RICKIE CORTESE,                                                              Appellee.
____________________________________________________________________

On appeal from the County Court at Law No. 2 
of Victoria County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yanez and Garza
Opinion Per Curiam

         Appellant, JOANNE L. NORMAN A/K/A JO NORMAN, perfected an appeal from
a judgment entered by the County Court at Law No. 2 of Victoria County, Texas, in
cause number 2-11-384. After the record was filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 19th day of February, 2004.